[No. 12216-9-I. Division One. October 15, 1984.]

NOVAR J. ORTEGA, JR., ET AL, *Appellants,* v. MARION NUNLEY, ET AL, *Respondents.*

Appeal from judgments of the Superior Court for Snohomish County, No. 80-2-01098-9, Gerald L. Knight, J., entered May 25 and August 27, 1982. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Durham, C.J., and Scholfield, J.

[No. 11378-0-I. Division One. October 15, 1984.]

CHARLES J. GREEN, ET AL, *Respondents,* v. THOM W. LANE, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 81-2-00345-1, James D. McCutcheon, Jr., J., entered January 25, 1982. *Reversed* and *remanded* by unpublished opinion per Scholfield, J., concurred in by Swanson and Ringold, JJ.

[No. 11313-5-I. Division One. October 15, 1984.]

WILLIAM YOKOTA, *Appellant,* v. JOHN W. FERRIS, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 794831, Jim Bates, J., entered October 20, 1981. *Affirmed* by unpublished opinion per Corbett, A.C.J., concurred in by Swanson and Williams, JJ.